IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BARBARA MCGARVEY,** | : | Civil No. 1:16-CV-02011 |
| **Plaintiff,** | : | |
| v. | : | |
| **TE CONNECTIVITY, LTD., T/D/B/A TYCO ELECTRONICS, LTD.,** | : | |
| **Defendant.** | : | **Judge Sylvia H. Rambo** |

# **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Defendant's motion for summary judgment (Doc. 21) is **GRANTED** in its entirety. The Clerk of Court is directed to close this case.

                                                  s/Sylvia H. Rambo
                                                  SYLVIA H. RAMBO
                                                  United States District Judge

Dated: July 26, 2018